Argued and submitted January 15, ballot title certified February 7, 2002

David J. HUNNICUTT
and Lawrence B. George,
*Petitioners,*

*v.*

Hardy MYERS,
Attorney General,
State of Oregon,
*Respondent,*

*and*

Evan MANVEL,
*Intervenor.*

(SC S48999)

39 P3d 183

David J. Hunnicutt, Tigard, argued the cause and filed the petition for himself and petitioner George.

Janet Metcalf, Assistant Attorney General, Salem, argued the cause and filed the answering memorandum for respondent. With her on the answering memorandum were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

PER CURIAM

.

## PER CURIAM

In this ballot title review proceeding, petitioners challenge various aspects of the Attorney General's certified ballot title for a proposed initiative measure, which the Secretary of State has denominated as Initiative Petition 117 (2002). We review the Attorney General's certified ballot title to determine whether it substantially complies with the requirements of ORS 250.035(2)(a) to (d). *See* ORS 250.085(5) (setting out standard of review).

We have considered petitioners' arguments and determine that they are not well taken. Accordingly, we certify to the Secretary of State the following ballot title for the proposed measure:

AMENDS CONSTITUTION:   PROVIDES QUALIFIED
COMPENSATION RIGHT FOR LOCAL REGULATIONS
THAT REDUCE PROPERTY VALUE; MODIFIES
EXISTING COMPENSATION REQUIREMENTS

RESULT OF "YES" VOTE:   "Yes" vote provides qualified right to compensation for local land use regulations that unfairly, disproportionately reduce residential value; repeals any 2000 amendments to compensation requirements.

RESULT OF "NO" VOTE:   "No" vote rejects proposal for qualified right to compensation for local land use regulations that unfairly, disproportionately reduce residential value; rejects modifying existing compensation requirements.

SUMMARY: Amends Constitution. Provides that state shall compensate natural persons for some local zoning, land use regulations adopted after measure's effective date if regulations unfairly and disproportionately reduce value of primary residence. Does not apply to state statutes, regulations. Total amount of compensation is limited to amount appropriated for that purpose. Exempts regulations adopted to protect public health, safety, to comply with federal law, to protect public natural resources, or to address conflicting land uses. Legislature must prepare, refer measure designating new revenue source to pay compensation. Until funding is approved, no compensation may

· be claimed, paid. Repeals any amendments to preexisting compensation right adopted at 2000 election. Retains preexisting right to payment of just compensation when government takes private property for public use. Other provisions.

Ballot title certified. This decision shall become effective in accordance with ORAP 11.30(11).